The BELGRAVIA CONDOMINIUM ASSOCIATION

v.

1811 BELGRAVIA ASSOCIATES.

Petition of O'Donnell & Naccarato, Inc.

Supreme Court of Pennsylvania.

April 12, 2016.

### ORDER

PER CURIAM.

AND NOW, this 12th day of April, 2016, the Petition for Allowance of Appeal and Application to Correct/Modify the Record are **DENIED**.

Anthony TORTORICE,

v.

John FINCH, Appellant.

Supreme Court of Pennsylvania.

April 12, 2016.

### ORDER

Justice CHRISTINE DONOHUE.

AND NOW, this 12th day of April, 2016, Petitioner's Emergency Petition for Review is denied as **MOOT**.